# United States District Court

IN CLERKS OFFICE

─────────── DISTRICT OF ───────────

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,
   Plaintiffs

V.

H.K. Equipment Corporation,
             Defendant

and

Citizens Bank,
         Trustee

2003 DEC 30  A 10: 27

DISTRICT COURT
DISTRICT OF MASS.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 - 12320 NG**

TO: (Name and address of defendant)

   H.K. Equipment Corporation
   41 Point Road
   Portsmouth, RI  02871

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

   Anne R. Sills, Esquire
   Segal, Roitman & Coleman
   11 Beacon Street
   Suite #500
   Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: NOV 20 2003

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action (Reverse)

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE Dec. 10/2003 |
| NAME OF SERVER (PRINT) Thomas Noury 41 N. Elmore Ave. P.O. Box 114026 North Providence, RI 02911 | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: *Home Business* — 41 Point Rd. Portsmouth — Mam A. Key / Mamie J Key

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 40.00 | TOTAL 40.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Dec. 10, 03
             Date                      Signature of Server  /s/ Thomas Noury

Address of Server: Thomas Noury, 41 N. Elmore Ave., P.O. Box 114026, North Providence, RI 02911

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.