UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
    Plaintiffs

vs.

H.K. EQUIPMENT CORPORATION,
    Defendant

and

CITIZENS BANK,
    Trustee

C.A. No. 03-12320 NG

**VERIFIED REQUEST TO ENTER DEFAULT**

Plaintiffs William Ryan and John J. Shaughnessy, as they are Trustees, International Union of Operating Engineers Local 4 Health and Welfare, Pension and Annuity Funds, et al, request the Clerk to enter the default of H.K. Equipment Corporation (hereinafter "H.K."). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1) This action was filed on November 20, 2003.

2) Complaint was served on defendant H.K. on December 10, 2003.

3) Defendant H.K. has never filed an Answer or a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE FUND, et al,

By their attorneys,

*[signature]*
Anne R. Sills, Esquire
BBO #546576
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated:  April 16, 2004

## VERIFICATION

I, Anne R. Sills, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

*[signature]*
Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served by certified and first class mail upon defendant H.K. Equipment Corporation at 41 Point Road, Portsmouth, RI 02871 this 16th day of April, 2004.

*[signature]*
Anne R. Sills, Esquire

ARS/ars&ts
3118 03-386/verreqdf.doc