FILED
IN CLERKS OFFICE

2004 JUN 18 P 4: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4,<br>            Plaintiffs,<br><br>vs.<br><br>H.K. EQUIPMENT CORPORATION,<br>            Defendant,<br><br>and<br><br>CITIZENS BANK,<br>            Trustee. | C.A. No. 03-12320 NG |

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST H.K. EQUIPMENT CORPORATION

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to Rule 55(b)(l), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against Defendant H.K. Equipment Corporation (hereinafter "H.K."), holding H.K. liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, and reasonable attorneys' fees and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds through October, 2003 | $19,626.34 |
| B. | Prejudgment interest as of June 17, 2004, on these unpaid contributions as mandated by 29 U.S.C. §1132(g)(2)(B) | $1,914.66 |
| C. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C)(i) | $1,914.66 |
| D. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $654.00 |
| E. | Costs | $209.05 |
| | TOTAL | $24,318.71 |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against H.K. Equipment Corporation.

Respectfully submitted,

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL 4
HEALTH AND WELFARE FUND, et al,

By their attorneys,

_____
Anne R. Sills, Esquire (BBO #546576)
Gregory A. Geiman, Esquire (BBO #655207)
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the [attorney] of record for each [other] party by mail hand on 6/18/04

Dated: June 18, 2004

ARS/gag&ts
3118 03-386/motdefjd.doc

2