UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs, vs. H.K. EQUIPMENT CORPORATION, Defendant, and CITIZENS BANK, Trustee. | C.A. No. 03-12320 NG |

## DEFAULT JUDGMENT

Defendant H.K. Equipment Corporation, having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $19,626.34 in unpaid benefit funds contributions; $1,914.66 in interest on the unpaid contributions; an additional $1,914.66 in liquidated damages; and $863.05 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant H.K. Equipment Corporation the principal amount of $19,626.34; prejudgment interest of $1,914.66; liquidated damages of $1,914.66; and attorneys' fees and costs of $863.05, for a total judgment of $24,318.71, with interest as provided by law, which interest rate is effective this date is _____ percent.

                                                  The Honorable Nancy Gertner
                                                  United States District Court

Dated: _____

ARS/gag&ts
3118 03-386/defltjdg.doc