## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM RYAN and JOHN J. SHAUGHNESSY, as they are TRUSTEES, INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL 4 HEALTH AND WELFARE, PENSION AND ANNUITY FUNDS, and LOUIS G. RASETTA and CHRISTOPHER BARLETTA, as they are TRUSTEES, HOISTING AND PORTABLE ENGINEERS LOCAL 4 APPRENTICE AND TRAINING FUNDS and INTERNATIONAL UNION OF OPERATING ENGINEERS, LOCAL 4, Plaintiffs, vs. H.K. EQUIPMENT CORPORATION, Defendant, and CITIZENS BANK, Trustee. | C.A. No. 03-12320 NG |

### AFFIDAVIT OF ANNE R. SILLS

1. My name is Anne R. Sills. I am an attorney with the law firm of Segal, Roitman & Coleman.

2. This firm has been involved in efforts to collect contributions owed the International Union of Operating Engineers Employee Benefit Funds by H.K. Equipment Corporation since on or about October 30, 2003. Since that date, we have incurred legal fees of

$654.00 and costs of $209.05.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 17th DAY OF JUNE, 2004.

                                                  Anne R. Sills, Esquire

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by certified and first class mail upon the defendant H.K. Equipment Corporation at 41 Point Road, Portsmouth, RI 02871 this 18 day of June, 2004.

                                                  Gregory A. Geiman, Esquire

ARS/gag&ts
3118 03-386/affsills.doc