UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM RYAN and JOHN J. SHAUGHNESSY,
as they are TRUSTEES, INTERNATIONAL UNION
OF OPERATING ENGINEERS LOCAL 4 HEALTH
AND WELFARE, PENSION AND ANNUITY FUNDS,
and LOUIS G. RASETTA and CHRISTOPHER
BARLETTA, as they are TRUSTEES, HOISTING AND
PORTABLE ENGINEERS LOCAL 4 APPRENTICE
AND TRAINING FUNDS and INTERNATIONAL
UNION OF OPERATING ENGINEERS, LOCAL 4,
          Plaintiffs,

vs.

H.K. EQUIPMENT CORPORATION,
          Defendant,

and

CITIZENS BANK,
          Trustee.

C.A. No. 03-12320 NG



## AFFIDAVIT OF JAMES BUCCI

1.    My name is James Bucci. I am the Field Agent for the International Union of Operating Engineers Employee Benefit Funds ("Funds"). In my capacity as Field Agent, I audit the books and records of, and collect fringe benefit contributions owed by, contractors that are signatory to collective bargaining agreements with the International Union of Operating

conditions therein. A true and accurate copy of the Agreement is attached to the Complaint as Exhibit A.

3. Under the current Collective Bargaining Agreement, which runs from 1999 through 2003 with an extension to May, 2005, H.K. was bound to make fringe benefit contributions to the Funds on behalf of its operator employees by the last day of the month after the month in which work was performed. A true and accurate copy of the Collective Bargaining Agreement is attached to the Complaint as Exhibit B.

4. Part 2, Article XI of the Collective Bargaining Agreement provides that interest will be assessed at the rate of 1% per month on all delinquent contributions and that the delinquent employer will pay all costs of collection, including attorney's fees.

5. On or about June 20, 2003, H.K. attempted to pay its fringe benefit contributions to the Union for the month of May, 2003 with a check for $7,728.97 that was returned due to insufficient funds. On or about July 14, 2003, a second check for $6,297.45 for the month of June, 2003 was also returned due to insufficient funds.

6. In or about October, 2003, I determined that H.K. still owed the Funds $14,026.42 in contributions for the months of May and June, 2003.

7. In or about April, 2004, I received pay stubs from employees of H.K. and determined that, in addition to the liability set forth in Paragraph 6, H.K. owed $5,599.92 in contributions for the months of August through October, 2003.

10. Thus, H.K.'s total liability to the Funds for unpaid contributions and interest is, as of this date, $21,541.00.

11. I attempted to advise H.K. of this liability on numerous occasions, including via telephone calls on October 2, 9, and 10, 2003. However, these calls went unreturned.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 21st DAY OF JUNE, 2004.

_____
James Bucci

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by certified and first class mail upon the Defendant, H.K. Equipment Corporation at 41 Point Road, Portsmouth, RI 02871 this ____ day of June, 2004.

_____
Gregory A. Geiman, Esquire