

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

FIRST EXECUTION                                    C.A. NO. 03-12320 NG

To the United States Marshal for the District of Massachusetts or either of his Deputies
and to _____, Special Process Server:

WHEREAS, the Trustees, International Union of Operating Engineers Local 4 Health and
Welfare Fund have recovered judgment against H.K. Equipment Corporation on the 12th day of
July, 2004, for the sum of $24,318.71 which represents $19,626.34 in debt (fund contributions),
pre-judgment interest in the amount of $1,914.66, liquidated damages in the amount of
$1,914.66, and attorneys' fees and costs in the amount of $863.05, as to us appears of record,
whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said
Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditors, at the value
thereof in money, the aforesaid sums, being a total of $24,318.71, in the whole, with interest
thereon at the rate of 2.14% from said day of rendition of said judgment; and thereof also to
satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the
Clerk's Office of our said court, at Boston, Massachusetts, within Twenty (20) years after the
date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this _6th_ day of August, 2004.

TONY ANASTAS, CLERK

By: _____
Deputy Clerk

ARS/gag&ts
3118 03-386/execution.doc